DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

M.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN and FAMILIES,

Appellee.

No. 2D2024-2822

_____

November 21, 2025

Appeal from the Department of Children and Families.

Rex Golden, Saint Petersburg, for Appellant.

Alicia Victoria Gonzalez, Assistant General Counsel, Tampa, for Appellee
Department of Children and Families.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.